UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-mc-61363-SINGHAL

WENDY LEE SULDA,

      Plaintiff,

v.

WINSTON DAN VOGEL, JAVIER
SAJNOVSKY a/k/a "CHAIM" SAJNOVSKY,
ALBERT ABRAMOV, DAVID GALAPO,
SHIPPINGQUEST.COM, LLC, PRICE BREAK
SHIPPING USA, LLC, DRIVE NEW, LLC,
TERMINAL LOGISTICS, LLC),

      Defendants.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on the Magistrate Judge's Paperless Report and

Recommendation (DE [11]) issued on December 2, 2022.  Therein, Magistrate Judge

Valle considered Petitioner's Motion for Contempt for Failure to Comply with Subpoena

and Permission for Electronic Service regarding Orit Galapo (the "Motion") (DE [1]).

Magistrate Judge Valle recommends the Petitioner's Motion (DE [1]) be granted in part

and denied in part by default.  On November 16, 2022, Magistrate Judge Valle issued an

Order to Show Cause (DE [8]) why the Motion should not be granted by default.  To date,

however, Ms. Orit Galapo has not responded to the Motion or to this Court's Order to

Show Cause.  *See generally* (DE [9], [10]) (confirming service of these proceedings).

Parties have fourteen days to file any objections to a magistrate judge's factual findings.  *See* Fed. R. Civ. P. 72(b)(2); S.D. Fla. Mag. R. 4(b).  Here, no objections were filed.  With no objections filed, the Court's review of the Report and Recommendation (DE [191]) is properly limited to a *de novo* review of only its legal conclusions.  *See Certain Underwriters at Lloyd's of London v. PharmaTech, LLC*, 2019 WL 4673739, at *1 (M.D. Fla. Aug. 19, 2019) ("Legal conclusions are reviewed *de novo*, even in the absence of an objection.").  This Court has reviewed the entire file and record and has made a *de novo* review of the issues.  No objections to the Report and Recommendation (DE [11]) have been filed, thus, the Court reviews it for clear error.  *See* Fed. R. Civ. P. 72.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Paperless Report and Recommendation (DE [11]) is **AFFIRMED** and **ADOPTED**.  Petitioner's Motion for Contempt for Failure to Comply with Subpoena and Permission for Electronic Service regarding Orit Galapo (DE [1]) is **GRANTED IN PART and DENIED IN PART**.

**IT IS FURTHER ORDERED AND ADJUDGED** as follows:

1.  This Court finds Ms. Orit Galapo in **CONTEMPT** for failure to obey Petitioner's subpoena.

2.  Ms. Orit Galapo is **ORDERED** to appear for an in-person deposition within fifteen (15) days of the date if this Order.

3.  Should Ms. Orit Galapo fail to attend the deposition, she shall pay a $200 per-day fine until she complies.

4.  Ms. Orit Galapo is forewarned that further non-compliance may result in additional sanctions.

5. Petitioner shall immediately serve Ms. Orit Galapo with a copy of this Order and thereafter promptly file proof of service.

6. Furthermore, once Ms. Orit Galapo complies with this Order, Petitioner must immediately notify the Court and file a Notice of Compliance.

7. Petitioner's request for attorney's fees and costs is **DENIED**.

8. The Clerk of Court is directed to **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 6th day of January 2023.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished to counsel of record via CM/ECF